UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TORR RENARD NELSON,

    Plaintiff,

v.                                            Case No. 6:06-cv-767-Orl-31KRS

DONNA A. HUDEPOHL, et al.,

    Defendants.

## ORDER AND NOTICE TO PLAINTIFF

1.    Within thirty (30) days from the date of this Order, the United States Marshal shall mail one copy of the Civil Rights Complaint, two copies of the Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, and one copy of this order to Defendants.  The Marshal shall fill in the date of mailing in the blanks at the end of the Notice of Lawsuit and Request for Waiver of Service of Summons that reads: "I affirm that this request is being sent to you on behalf of the plaintiff, this __ day of __."  The Marshal shall send each Defendant a stamped, self-addressed envelope for returning the Waiver of Service of Summons to the Court. All costs of mailing shall be advanced by the United States.

2.    Defendants shall have 30 days from the date that the Waiver of Service of Summons was sent to return the Waiver of Service of Summons, if Defendants choose to do so.  If Defendants choose to return the Waiver of Service of Summons, Defendants should use the addressed, stamped envelope provided.

3. If Defendants return the Waiver of Service of Summons, Defendants shall have 60 days from the date that the Waiver of Service of Summons was sent in which to answer or otherwise respond to the complaint.

4. If Defendants do not return the Waiver of Service of Summons, the Marshal is directed to personally serve Defendants and charge Defendants for the costs of service. Defendants shall have 20 DAYS from the date of service of process in which to answer or otherwise respond to the complaint.

5. Before counsel has appeared for Defendants, Plaintiff shall send to Defendants a copy of every further pleading, motion, or other paper submitted to be filed in this case and to be considered by the Court. After counsel has appeared for Defendants, the copy shall be sent directly to counsel for Defendants, rather than to Defendants personally. Plaintiff shall include with each pleading, motion, or other paper submitted to be filed a certificate stating the date that an accurate copy of the pleading, motion, or other paper was mailed to Defendants or counsel for Defendants.

6. If any pleading, motion, or other paper submitted to be filed and considered by the Court does not include a certificate of service upon Defendants or counsel for Defendants, it will be stricken by the Court.

7. Plaintiff shall immediately advise the Court of any change of address. He shall entitle the paper "Notice to the Court of Change of Address" and not include any motions in it. This notice shall contain <u>only</u> information pertaining to the address change and the effective date of such. Plaintiff must file a <u>separate</u> notice in each case that he has pending before the Court. Failure to inform the Court of an address change may result in the <u>dismissal</u> of this case, without further notice of the Court.

8.      Plaintiff should not correspond with the Court in letter form.  Plaintiff should file a pleading or motion with a title.  The title should be a brief summary of the contents of the pleading or motion.  For example, if Plaintiff is requesting access to the prison law library, the title of the motion should be "Motion for Access to the Law Library."  <u>As a matter of course, the Court will not respond to Plaintiff's letters.</u>

9.      Plaintiff should not attempt to correspond directly with a district judge or magistrate judge.  They will not, as a matter of policy, respond to personal correspondence when it pertains to a pending case.  This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of their judicial duties.  Accordingly, their decisions and opinions are, quite properly, only delivered in response to those legal instruments filed with the Clerk's office in accordance with governing rules of procedure.  The Court will strike and return any correspondence addressed directly to a district judge or magistrate judge.

**DONE AND ORDERED** at Orlando, Florida, this <u>31st</u> day of August, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 8/31
Torr Renard Nelson
U.S. Marshal